**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02325-LTB-BNB

HOWARD GRIEGO,
PAUL CHANDLER-BEY, and
HENRY DOMINGUEZ,

    Plaintiffs,

v.

BARTON LEASING, INC.,

    Defendant.

---

## ORDER
---

Upon Defendant's Opposition to Plaintiffs' Motions to Alter or Amend Judgment (Docs 57, 58, and 59) and Plaintiff's Combined Replies (Doc 61), and upon review of the file, it is

ORDERED that Plaintiffs' Motions to Alter or Amend Judgment (Docs 51, 52, and 53) are DENIED.

                                 BY THE COURT:

                                 _s/Lewis T. Babcock_
                                 Lewis T. Babcock, Judge

DATED: April 28, 2010