**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02325-LTB-BNB

HOWARD GRIEGO,
PAUL CHANDLER-BEY, and
HENRY DOMINQUEZ,

      Plaintiffs,

v.

BARTON LEASING, INC.,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Motion to Withdraw (Doc 71 - filed June 3, 2010) is **GRANTED**. George C. Price of the Law Offices of George C. Price is allowed to withdraw as counsel for Plaintiffs herein. Plaintiffs will continue to be represented by Joseph G. Webb and Marc H. Schtul of the law firm Webb & Schtul.



Dated: June 4, 2010
_____